UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:24-00217 |
| | ) | |
| [1] PHILIP TAYLOR SOBASH | ) | 18 U.S.C. § 2251(a) and (e) |
| | ) | 18 U.S.C. § 225A(a)(2) |
| | ) | 18 U.S.C. § 2422(b) |

## MOTION TO SEAL INDICTMENT

COMES NOW the United States of America, by and through Thomas J. Jaworski, Acting United States Attorney, and the undersigned Assistant United States Attorney, Monica R. Morrison, and moves the court to seal the Indictment and attendant Arrest Warrant. For cause, the United States submits that the individual named in the Indictment is unaware that they are facing charges in this matter and disclosure of the Indictment and corresponding arrest warrant would make locating this Defendant more difficult and potentially increase the risk to law enforcement and the Defendant during an arrest operation.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney

By: /s/Monica R. Morrison
Monica R. Morrison
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151