**MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**
**by VIDEO CONFERENCE**

U.S.A. v. Philip Sobash, No. 3:24-cr-217

**ATTORNEY FOR GOVERNMENT:** Rob McGuire appearing for Monica Morrison

**ATTORNEY FOR DEFENDANT:** Michael Connolly & Jennifer Thompson ☐ AFPD ☐ Panel ☒ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin

**INTERPRETER NEEDED?** ☐ YES ☒ NO  **LANGUAGE/INTERPRETER:** ____
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☒ **Defendant consents to appear before the Magistrate Judge by video**

☒ **INITIAL APPEARANCE**  ☐ ON A SUMMONS  ☒ ARRESTED ON: December 13, 2024
 DEFENDANT HAS A COPY OF:
  ☐ Complaint  ☒ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other: ____
  ☒ Defendant advised of the charges & maximum penalties    ☒ Defendant advised of right to counsel
  ☐ Defendant provided the financial affidavit   ☒ Counsel retained   ☐ FPD Appointed
  ☒ Defendant advised of right to silence    ☐ Defendant advised of right to Consular Notification
  ☒ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
  ☐ Government filed motion for detention    ☐ Defendant Waived detention hearing
  ☐ Defendant temporarily detained     ☐ Defendant reserved right to hearing in future
  ☒ Defendant to remain in Federal custody    ☐ Defendant to be returned to state custody
  ☐ Defendant to remain on current conditions of supervised release
  ☐ Defendant released on:
    ☐ Standard ☐ Special ☐ Appearance Bond: ____     ☐ Property Bond
  ☐ RULE 5- Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
  ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** ____
  ☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**  (Waiver of Indictment executed)
☒ **ARRAIGNMENT**
  ☒ Defendant acknowledges receipt of Indictment/Information  ☐ Indictment/Information read to Defendant
  ☒ Defendant waived reading thereof    ☐ Court advised maximum penalties
  **PLEA:** ☐ GUILTY  ☒ NOT GUILTY
  ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

**DATE:** January 17, 2025    **TOTAL TIME:** 7 minutes    2 minutes AR
**BEGIN TIME:** 1:42 p.m.    **END TIME:** 1:49 p.m.    5 minutes IA
☐ Digitally Recorded  ☐ Court Reporter: ____