# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) No. 3:24-cr-00217 |
| v. | ) |
| | ) JUDGE TRAUGER |
| PHILIP TAYLOR SOBASH, | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF ADDRESS

Comes now Counsel for Defendant, Philip Taylor Sobash, and hereby gives this Notice of Change of Address. Counsel's telephone number and other information remain the same. Counsel's new address is as follows:

        3200 West End Avenue, Suite 500
        Nashville, Tennessee 37203

        Respectfully Submitted,

        */s/Jennifer Lynn Thompson*
        Jennifer Lynn Thompson
        Attorney for Mr. Sobash
        3200 West End Avenue, Suite 500
        Nashville, TN 37203
        (615) 320-4344
        nashvilleattorney@gmail.com

# CERTIFICATE OF SERVICE

       I hereby certify that a true and exact copy of the foregoing has been forwarded electronically via CMECF to the following individuals:

Monica Morrison
Assistant United States Attorney
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203

Adam Braskich
Trial Attorney
U.S. Department of Justice, Criminal Division
1301 New York Avenue, NW
Washington, DC 20005

Damien C. Powell
Attorney for Mr. Sobash
Hinckley, Allen & Snyder LLP
28 State Street
Boston, Massachusetts 02109
Telephone: (617) 345-9000
dpowell@hinckleyallen.com


On this 20th day of May 2025.

                                                                */s/ Jennifer Lynn Thompson*
                                                                Jennifer Lynn Thompson